**SCARINCI HOLLENBECK**  Lyndhurst | Freehold | New York

JAY V. SURGENT, Partner
jsurgent@scarincihollenbeck.com
Direct Phone: 201-806-3393   Direct Fax: 201-806-3481

March 31, 2011

Honorable Stanley R. Chesler, U.S.D.J.
District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
P.O. Box 999
Federal Square
Newark, New Jersey 07101

RE: **U.S. v. Charles Hall**
**Crim. No.: 10-744 SRC**

Dear Judge Chesler:

Please be advised that I am defendant, Charles Hall's appointed CJA attorney with regard to the above-captioned matter. I am requesting an interim payment without withholding with regard to this matter. Please be kind enough to approve same, and return a copy of this letter to me in the self-addressed, stamped envelope. Thank you.

Respectfully,

*Jay V. Surgent*

JAY V. SURGENT
For the Firm
JVS/ss
cc: Anna M. Connelly, Deputy Clerk

I hereby approve of the above payment.

*[signature]*
HON. STANLEY R. CHESLER, U.S.D.J.    4/14/2011

{00614729.DOC}

Scarinci & Hollenbeck, LLC   1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com

# SCARINCI HOLLENBECK

Lyndhurst | Wall | New York

JAY V. SURGENT, Partner
jsurgent@scarincihollenbeck.com
Direct Phone: 201-806-3393   Direct Fax: 201-806-3481

April 12, 2011

Honorable Stanley R. Chesler, U.S.D.J.
District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
P.O. Box 999
Federal Square
Newark, New Jersey 07101

**RE: U.S. v. Charles Hall**
**Crim. No.: 10-744 SRC**

Dear Judge Chesler:

As a follow up to my letter dated March 31, 2011, this is to advise that I was appointed as CJA counsel on behalf of Charles Hall on or about June 2, 2009, and since then, have submitted two billings with regard to this matter, all amounting to less that the $8,500.00 authorized amount. I was originally retained as private counsel by Mr. Hall on February 28, 2007, while I was counsel at Wilentz, Goldman & Spitzer. Due to the highly sensitive nature of Mr. Hall's pending matter, I was asked to continue my representation of Mr. Hall as a CJA attorney. I have continued to do so, and he is pending sentencing at an undetermined date.

In light of the fact that I have not been paid for almost (2) years with regard to this matter, I am respectfully asking your Honor to approve this payment without withholding at this point in time. Thank you.

Respectfully,

JAY V. SURGENT
For the Firm
JVS/ss
Encl.
cc:   Anna M. Connelly, Deputy Clerk

{00616613.DOC}

Scarinci & Hollenbeck, LLC   1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com