# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

JAY V. SURGENT, Partner
jsurgent@scarincihollenbeck.com
Direct Phone: 201-806-3393   Direct Fax: 201-806-3481

March 31, 2011

Honorable Stanley R. Chesler, U.S.D.J.
District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
P.O. Box 999
Federal Square
Newark, New Jersey 07101

RE:   **U.S. v. Charles Hall**
      Crim. No.: 10-744 SRC

Dear Judge Chesler:

Please be advised that I am defendant, Charles Hall's appointed CJA attorney with regard to the above-captioned matter. I am requesting an interim payment without withholding with regard to this matter. Please be kind enough to approve same, and return a copy of this letter to me in the self-addressed, stamped envelope. Thank you.

Respectfully,

JAY V. SURGENT
For the Firm
JVS/ss
cc:   Anna M. Connelly, Deputy Clerk

I hereby approve of the above payment.

HON. STANLEY R. CHESLER, U.S.D.J.

4/14/2011

{00614729.DOC}